UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

|  |  |
|---|---|
| DONNA MARIE MOGAVERO,<br>      Plaintiff,<br><br>v.<br><br>EDWARD R. SHERWOOD, III AND<br>KNIGHT-SWIFT TRANSPORTATION<br>HOLDINGS, INC. D/B/A SWIFT –<br>TRANSPORTATION CO.,<br>      Defendants. | C.A. No.: 1:22-10505 |

### DEFENDANTS EDWARD R. SHERWOOD, III AND KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. D/B/A SWIFT TRANSPORTATION CO.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, the Defendants, Edward R. Sherwood, III and Knight-Swift Transportation Holdings, Inc. d/b/a Swift Transportation Co. by and through their attorneys, submit this Notice of Removal:

1. The Plaintiff, Donna Marie Mogavero ("Plaintiff") and the Defendants Knight-Swift Transportation Holdings, Inc. d/b/a Swift Transportation Co. ("Knight-Swift")(collectively "Defendants") are parties to the civil action entitled *Donna Marie Mogavero v. Edward R. Sherwood, III. et al.* Essex County Superior Court, Civil Action No. 2277CV00002-D. Knight Swift was served with the Summons and Complaint on March 7, 2022. A copy of the Complaint is attached as **Exhibit A**.

2. This case is removable pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy is more than $75,000.

3. Plaintiff is a resident of Massachusetts. See Ex. A ¶ 1. Defendant Sherwood is a resident of New York. Id. ¶ 2. Defendant Knight-Swift is an Arizona corporation with a principal

place of business at 2002 West Wahalla Lane, Phoenix, AZ 85027. Plaintiff's Complaint incorrectly lists Knight-Swift's address in the Complaint. Id. ¶ 3.

4. Plaintiff alleges injures resulting from a January 9, 2019 motor vehicle accident at or near Elliot Street in Danvers, Essex County, Massachusetts. Id. ¶¶ 4-10. Plaintiff alleges that she sustained personal injuries requiring medical care and treatment, pain and suffering, and lost wages. Id. ¶ 12. In her Civil Action Cover Sheet attached to her Complaint, she lists her total damages as $135,905.61. Id. Given these allegations, Plaintiff has alleged damages and injuries that exceed the amount in controversy of $75,000.

5. Defendants desire to remove this action to the Boston Division of the District of Massachusetts, which is the district court for the district and division within which the action is now pending. 28 U.S.C. § 1446(a).

6. After the filing of this Notice of Removal, Defendants' counsel (a) will give written notice of the filing of this Notice of Removal to Plaintiff's counsel; (b) will file a copy of this Notice of Removal with the Clerk of the Essex County Superior Court; and (c) will file certified copies of the pleadings filed with the Essex County Superior Court with this Court.

WHEREFORE, Defendants respectfully requests that this Honorable Court remove the action now pending in the Essex County Superior Court to this Court.

Dated:  April 6,  2022

Defendants,
**Edward R. Sherwood, III and Knight-Swift Transportation Holdings, Inc. d/b/a Swift Transportation Co**.
By their attorneys,

*/s/ Alexis McLachlan*
Andrew J. Fay (BBO# 550058)
Alexis McLachlan (BBO# 656361)
FAY LAW GROUP, LLC
One Boston Place, 26th Floor
Boston, Massachusetts 02108
Phone: (617) 826-6006
Fax: (617) 941-7100
AFay@FayLawGrp.com
AMcLachlan@FayLawGrp.com

## CERTIFICATE OF SERVICE

I, Alexis McLachlan, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-participants on this date.

Jacob E. Lavin (BBO# 658914)
Law Offices of Jacob E. Lavin
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Jacoblavin@aol.com

*/s/ Alexis McLachlan*
Alexis McLachlan